Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| INTERACTIVE GRAPHIC SOLUTIONS LLC,<br><br>                  Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>                  Defendant. | No. 2:22-cv-00554-JHC<br><br>ORDER DISMISSING CASE<br><br>**CLERK'S ACTION REQUIRED** |

Pending before this Court is the parties' Joint Motion for Dismissal ("Motion"). Upon consideration of the Motion, and finding good cause, IT IS HEREBY ORDERED that Plaintiff's claims in this matter are dismissed with prejudice and any of Defendant's claims in this matter are dismissed without prejudice, with each side bearing its own fees and costs.

    IT IS SO ORDRED.

    DATED this   8th   day of August, 2022.

                                          _____
                                          Honorable John H. Chun
                                          United States District Judge

///

Presented by:

By: ︎ s/Malaika M. Eaton
Malaika M. Eaton, WSBA No. 32837
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
meaton@mcnaul.com

Timothy E. Grochocinski, *Admitted Pro Hac Vice*
C. Austin Ginnings, *Admitted Pro Hac Vice*
Nelson Bumgardner Conroy PC
15020 South Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
(708) 675-1583
austin@nelbum.com
timothy@nelbum.com
*Attorneys for Plaintiff Interactive Graphic Solutions*

By: ︎ s/Anthony Todaro
Anthony Todaro, WSBA No. 30391
DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
(206) 839-4800
anthony.todaro@us.dlapiper.com

Nandan Padmanabhan, *Admitted Pro Hac Vice*
DLA Piper LLP (US)
2000 Avenue of the Start, Suite 400
North Tower
Los Angeles, California 90067-4735
(310) 595-3082
nandan.padamanabhan@us.dlapiper.com

Erin P. Gibson, *Admitted Pro Hac Vice*
Robert Williams, *Admitted Pro Hac Vice*
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700
erin.gibson@us.dlapiper.com
robert.williams@us.dlapiper.com
*Attorneys for Defendant Microsoft Corporation*